**O**

# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC, | Case No. 2:14-cv-06843-ODW(AJWx) |
|     Plaintiff/Counter-Defendant, | |
|     v. | **ORDER DENYING AS MOOT** |
| PT. WAHYU PRADANA BINAMULIA, | **MOTION TO DISMISS** |
|     Defendant/Counterclaimant. | **COUNTERCLAIMS [13]** |

    On October 2, 2014, Plaintiff and Counter-Defendant Pegasus Imports, LLC filed a Motion to Dismiss All Counterclaims. (ECF No. 13.) On October 10, 2014, Defendant and Counterclaimant Pt. Wahyu filed a First Amended Counterclaim. (ECF No. 17.) A party may amend its pleading once as a matter of course 21 days after service of a motion under Federal Rule of Civil Procedure 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1)(B). The Amended Counterclaim was filed within 21 days of the Motion and is now the operative pleading. Accordingly, the Court **DENIES AS MOOT** the Motion to Dismiss. (ECF No. 13.) Pegasus shall answer or otherwise respond to the Amended Counterclaim in accordance with the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

    October 10, 2014

    _____
    **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**