# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>PT. WAHYU PRADANA BINAMULIA, and DOES 1–50, inclusive,<br><br>        Defendants.<br>PT. WAHYU PRADANA BINAMULIA, and DOES 1–50, inclusive,<br><br>        Counterclaimant,<br><br>   v.<br><br>PEGASUS IMPORTS, LLC,<br><br>        Counterdefendant. | Case No. 2:14-cv-06843-ODW (AJWx)<br><br>**ORDER TO SHOW CAUSE RE: SUPPLEMENTAL BRIEFING REGARDING MOTION FOR SUMMARY JUDGMENT [39]** |

    To assist the Court in assessing Defendant-Counterclaimant's Motion for Summary Judgment (ECF No. 39), the Court hereby **ORDERS** the parties to show cause, in writing, as to any relationship, or lack thereof, that may exist between Plaintiff/Counterdefendant and Affendi Heruyanto ("Heru"), and any relationship, or

lack thereof, between Defendant/Counterclaimant and Heru.

Parties should limit their arguments to **ten pages**, exclusive of exhibits and evidentiary support. To the extent that parties rely on evidence previously submitted, citations to the record will suffice. Simultaneous submissions are **due October 15, 2015**. All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

October 1, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**