**O**

# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>        Defendants.<br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>        Counterclaimant,<br><br>  v.<br><br>PEGASUS IMPORTS, LLC,<br><br>        Counterdefendant. | Case No. 2:14-cv-06843-ODW (AJW)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

1       In light of the Parties' Joint Status Report Regarding Settlement (ECF No. 71), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 5, 2015, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action will REMAIN on calendar until settlement is finalized. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

      **IT IS SO ORDERED.**

November 2, 2015

_____
      **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**