O

# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC,<br>        Plaintiff,<br>   v.<br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br>        Defendants.<br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br>        Counterclaimant,<br>   v.<br>PEGASUS IMPORTS, LLC,<br>        Counterdefendant. | Case No. 2:14-cv-06843-ODW (AJW)<br><br>**SECOND ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Parties' Joint Statement in response to the Court's first Order to Show Cause Re: Settlement (ECF Nos. 77, 78), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 26, 2015, why settlement has not been finalized. No hearing will be held. If no dismissal in compliance with Federal Rule of Civil Procedure 41 is filed by November 26, 2015, the Court will re-calendar all pending pre-trial and trial dates and deadlines.

**IT IS SO ORDERED.**

November 19, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**