**O**

# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-06843-ODW (AJW)<br><br>**THIRD ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>PEGASUS IMPORTS, LLC,<br><br>　　　　　Counterdefendant. | |

In light of the Parties' Joint Statement in response to the Court's Second Order to Show Cause Re: Settlement (ECF Nos. 80, 81), the Court understands that an Agreement has been reached by the parties and that a dismissal in compliance with Federal Rule of Civil Procedure 41 is pending, but subject to the parties' agreed-upon terms.

The Court sees no need to require a Rule 41 filing before the conditions of the Agreement are met, and hereby ORDERS the parties **TO SHOW CAUSE**, in writing, by January 25, 2016, why settlement has not been finalized. No hearing will be held. A Rule 41 dismissal filing will be deemed compliance with this Order.

**IT IS SO ORDERED.**

November 30, 2015

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**