1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| PEGASUS IMPORTS, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>          Defendants.<br><br>PT. WAHYU PRADANA BINAMULIA and DOES 1–50, inclusive,<br><br>          Counterclaimant,<br><br>   v.<br><br>PEGASUS IMPORTS, LLC,<br><br>          Counterdefendant. | Case No. 2:14-cv-06843-ODW (AJW)<br><br>**FOURTH ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Parties' Joint Statement in response to the Court's Second Order to Show Cause Re: Settlement (ECF Nos. 82, 83), the Court understands that an Agreement has been reached by the parties and that a dismissal in compliance with Federal Rule of Civil Procedure 41 is pending, but subject to the parties' agreed-upon terms.

The Court sees no need to require a Rule 41 filing before the conditions of the Agreement are met, and hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by February 22, 2016, why settlement has not been finalized. No hearing will be held. A Rule 41 dismissal filing will be deemed compliance with this Order.

**IT IS SO ORDERED.**

January 21, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**